IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
ALMA ROQUE,                        )
                                   )    2:06-cv-2512-GEB-GGH
               Plaintiff,          )
                                   )
     v.                            )    ORDER
                                   )
MERCK & COMPANY, INC.; and         )
MCKESSON CORPORATION,              )
                                   )
               Defendants.         )
                                   )
```

On December 20, 2006, Plaintiff and Defendant Merck & Company, Inc. ("Merck") filed a "Stipulation and Proposed Order Staying Proceedings Pending Transfer to Vioxx MDL No. 1657" ("Stipulation") in which they "request that all proceedings be stayed" since Merck has "requested . . . this action [be transferred] to the multidistrict litigation known as In re Vioxx Products Liability Litigation, MDL No. 1657 . . . ." (Stipulation at 1.)

The Stipulation was not signed by all the parties named in this action. However, since Merck "expects . . . a conditional transfer order that includes this case [to issue] in the next few weeks[,]" judicial economy is served by staying the proceedings. (Id.) Therefore, this action is stayed pending decision on whether

1

1  this case will be transferred to MDL Proceeding No. 1657 in the
2  Eastern District of Louisiana; except Merck shall file a status report
3  no later than February 5, 2007, in which it explains only the status
4  of its effort to transfer this action to MDL-1657.
5          IT IS SO ORDERED.
6  Dated:  December 28, 2006

```
                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge
```